# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: William C. Morison,
Attorney at Law, Bar No. 9872

Case No. 2:24-ms-00049-APG

**ORDER OF SUSPENSION**

Attorney William C. Morison, State Bar No. 9872, was suspended by the Supreme Court of Nevada on July 2, 2024.  On October 27, 2024, the court ordered Mr. Morison to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1.  The OSC provided Mr. Morison with 30 days to respond with reasons why he should not be suspended. The delivery status is unknown. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that William C. Morison, Bar No. 9872, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th Day of  December , 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the

United States District Court, and that on this 31 day of ___December___ 2024, I caused to be

served a true and correct copy of the foregoing Order of Suspension to the following party via

Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed

envelope, postage prepaid, to the following:

      William C. Morison
      3478 Buskirk Ave., Ste. 342
      Pleasant Hill, CA 094523


      Certified Mail No.: 7020 3160 0000 7420 1957


          <u>/s/ Sharon H.</u>
          Deputy Clerk
          United States District Court,
          District of Nevada